UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

P Send

CIVIL MINUTES - GENERAL

Case No.   CV 04-3787 FMC                           Date:   June 1, 2004
           BK# LA01-42196 VZ
Title:     In re DAWN KYLE

===============================================================================
PRESENT:

THE HONORABLE FLORENCE-MARIE COOPER,   JUDGE

         Alicia Mamer                          Not present
        Courtroom Clerk                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                           Not present

PROCEEDINGS:    ORDER ON "EMERGENCY MOTION"        (In Chambers)

The Court has read and considered the "Emergency Motion for Stay Pending Appeal" filed by plaintiffs. This Court does not have jurisdiction to entertain this Motion. There is no bankruptcy appeal pending in this Court. The bankruptcy appeal has been filed with the Bankruptcy Appeal Board, and any request for relief must be directed to that court.

DOCKETED ON CM
JUN - 2 2004
BY            022

MINUTES FORM 11                       Initials of Deputy Clerk
CIVIL - GEN