UNITED STATES DISTRICT COURT     ENT JS-6 P Send
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES - GENERAL

Case No.  CV 04-3787 FMC                    Date:  August 9, 2004

Title:  In re DAWN KYLE

==================================================================

PRESENT:

THE HONORABLE FLORENCE-MARIE COOPER, JUDGE

| Alicia Mamer | Not present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                                                        Not present

PROCEEDINGS:  ORDER DISMISSING ACTION  (In Chambers)


For the reason stated in this Court's June 1, 2004 Order, the Court lacks jurisdiction over the current appeal. This action is DISMISSED, and the Clerk is instructed to close the case.


MINUTES FORM 11                              Initials of Deputy Clerk
CIVIL - GEN